IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELINDA MONICA SERRANO,

    Plaintiff,

v.                                                         Civ. No. 13-308 MV/GBW

CAROLYN W. COLVIN,
*Acting Commissioner of the*
*Social Security Administration*,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    This matter comes before the Court on Plaintiff's Motion to Reverse and Remand the Commissioner of the Social Security Administration's decision to deny Plaintiff's application for disability benefits. *Doc. 23*.  This Court referred the case to Magistrate Judge Robert H. Scott, who issued his Proposed Findings and Recommended Disposition (PFRD) on December 29, 2014.  *Doc. 31*.

    Defendant filed objections to the PFRD on January 7, 2015 (*doc. 32*), and Plaintiff responded on January 13, 2015 (*doc. 33*).  Having conducted a *de novo* review, I find that Defendants' objections do not have merit and concur with Judge Scott's findings and recommendation.

1

Wherefore, IT IS HEREBY ORDERED that Judge Scott's Proposed Findings and Recommended Disposition, *doc. 31*, is ADOPTED. Plaintiff's Motion to Reverse and Remand for a Rehearing, *doc. 23*, is GRANTED.

_____
UNITED STATES DISTRICT JUDGE